UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARADISE MORGAN, | |
| Plaintiff(s), | 23-CV-6936 (DEH) |
| v. | |
| NUMI, INC. P.B.C., | **NOTICE OF REASSIGNMENT** |
| Defendant(s). | |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 16, 2023
       New York, New York

                                              DALE E. HO
                                       United States District Judge